W. J. McNeal, Plaintiff in Error, v. The State of Florida, Defendant in Error.

A Writ of Error to a Judgment of the Circuit Court within and for the County of Holmes.

Writ of Error dismissed on motion of counsel for plaintiff in error.

*J. A. J. Hathaway,* for Plaintiff in Error;

No appearance for Defendant in Error.